UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LONNIE HARDWICK, | CASE NO. EDCV 08-422 AGR |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.

DATED: March 27, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE